-0-

FILED
CLERK, U.S. DISTRICT COURT

OCT 1 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>Louis Robert Sandoval, Jr.,<br><br>        Defendant. | 2:99-CR-543-WDK<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A) [X] the appearance of defendant as required; and/or

    (B) [X] the safety of any person or the community.

//

//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because ~~defendant has not demonstrated by clear and convincing evidence that:~~

(1) criminal history
(2) sex offenders status
(3) possible substance abuse

(B) [X] Defendant is a flight risk because ~~defendant has not shown by clear and convincing evidence that:~~

(1) no bail resources
(2) possible sub. abuse

IT IS ORDERED that defendant be detained.

DATED: 10/15/09

*/s/ SH Segal*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE